Form hn3kmslr

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Chad Christian Cole

CASE NO. 15–50789–KMS

DEBTOR.

CHAPTER 13

## NOTICE OF OBJECTION TO CLAIM

The Debtor has filed an Objection to your claim (United Consumer Financial Services (Claim #4)) (Dkt. # 26) in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.** If you do not want the Court to eliminate or change your claim, then on or before November 18, 2015 (Response Due Date) you or your lawyer must:

1. File with the Court a written response to the objection, explaining your position. Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Non–registered users should file any response at:

    U.S. Bankruptcy Court
    Dan M. Russell, Jr. U.S. Courthouse
    2012 15th Street, Suite 244
    Gulfport, MS 39501

    If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

    You must also mail a copy to:
    Thomas C. Rollins, Jr., Esq.
    774 Avery Blvd., N. Ste. D
    Ridgeland, MS 39157

2. Attend the evidentiary hearing on the objection, scheduled to be held on December 3, 2015, at 10:00 AM, in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi. Testimony will be taken. Witnesses must appear.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim. If no response is filed, the Court may consider said objection immediately after the Response Due Date.

Dated: October 2, 2015

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841