_____

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 20, 2015**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     CHAD CHRISTIAN COLE, Debtor        Case No. 15-50789-KMS
                                                                                Chapter 13

**ORDER WITHDRAWING OBJECTION TO PROOF OF CLAIM ##4 AS FILED
BY UNITED CONSUMER FINANCIAL SERVICES**

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim #4 as filed by United Consumer Financial Services (DK #26), the Court having been notified that the Debtor wishes to withdraw the objection, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim #4 as filed by United Consumer Financial Services is withdrawn.

### END OF ORDER ###

Prepared and Approved by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
774 Avery Blvd. N, Ste. D
Ridgeland, MS 39157
601-500-5533
Attorney for Debtor